E-FILED
Wednesday, 18 June, 2008  01:38:34 PM
Clerk, U.S. District Court, ILCD

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Tamika Dorris
Plaintiff

V.

Urbana Police Department
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

FILED
JUN 17 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

CASE NUMBER: 08-2137

I, __TAMIKA DORRIS_____ declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☐ Yes    ☑ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _NO_    Do you receive any payment from the institution? _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. ~~8-16-05~~

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   8-16-05

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | ✱ d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☐ | ☑ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

✱ I have a pending case for disability but not recieving any funds.

AO 240 Reverse (Rev. 10/03)

I work for the UofI and I am out of work Summer and spring Break so I'm on lay off for summer.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   4 Children $900.00

I declare under penalty of perjury that the above information is true and correct.

June 17, 2008                               Latoria Morris
_____                    _____
Date                                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Tamika Dorris )
)
                Plaintiff )
)
vs. )      Case No. 08-2137
) (The case number will be assigned by the clerk)
Urbana Police Department )
OFC. Preston James Badge #307 )
OFC. Daniel Baily Badge #370 )
OFC. Steve Schmuf Badge #316/102 )
OFC. Harold Hazen Badge #363 )
OFC. Kurt Buckley Badge #378 )
OFC. Edward Sebestik Badge 3363 )
_____, )
)
                Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Tamika Dorris

Prison Identification Number: _____

Current address: 604 Ingraham Ave
Calumet City Ill 60409

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Harold Hazen Badge #378

Current Job Title: Police Officer

Current Work Address: 400 S Vine St Urbana Ill 61801

Defendant #2:

Full Name: Preston James Badge #307

Current Job Title: Police Officer

Current Work Address: 400 S Vine St Urbana Ill 61801

Defendant #3:

Full Name: Daniel Baily Badge #370

2

Current Job Title: Police Officer

Current Work Address 400 S vine st Urbana Ill 61801

Defendant #4:

Full Name: Steven Scharf Badge #316

Current Job Title: Police Officer

Current Work Address 400 S vine st Urbana Ill 61801

Defendant #5:

Full Name: Kurt Buckley Badge #378 / Edward Sebestik #3363

Current Job Title: Police Officer

Current Work Address 400 S vine st Urbana Ill 61801

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☒

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Charges were dismissed and stricken_____

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ☐   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: SunnyCrest 2 Apartments / 1728 N Colorado ave Urbana Ill 61802

Date(s) of the occurrence: June 28th, 2006

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Preston James Badge #307 — Urbana Police Department
Falsified Police Reports
Falsified Information on reports
Illegal Assault
Illegal Arrest
Caused Injury to Spine / emotional distress

Daniel Baily Badge #370 — Urbana Police Department
Falsified Police reports
Falsified Information on reports
Illegal Assault
Illegal Arrest
Caused Injury to Spine / emotional distress

Steven Scharf Badge #316 / 102 — Urbana Police Department
Falsified Police Reports
Falsified Information on Reports
Illegal Assault
Illegal Arrest
Caused Injury to Spine / emotional Distress

5

OFC Harold Hazen Badge #363     Urbana Police Department
Falsified Police Reports
Falsified Information on Reports
Illegal Arrest
Illegal Assault
Caused Injury to spine / Emotional Distress

OFC Kurt Buckley Badge #378     Urbana Police Department
Falsified Police Reports
Falsified Information on Reports
Illegal Arrest
Illegal Assault
Caused Injury to spine / emotional Distress

Edward Sebestik OFC #3363
Falsified police Reports
Falsified Information on reports
Illegal Aresst
Illegal Assault
Caused injury to spine / emotional Distress

6

RELIEF REQUESTED

(State what relief you want from the court.)

Settlement

JURY DEMAND        Yes ☑        No ☐

Signed this _____ day of June 17, 20 08.

*Pamila Dorris*

(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

8