UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TAMIKA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08-2137 |
| v. ) | |
| ) | |
| URBANA POLICE DEPARTMENT, ) | |
| OFFICER PRESTON JAMES, Badge # 307, ) | |
| OFFICER DANIEL BAILY, Badge #370, ) | |
| OFFICER STEVE SCHARF, Badge #316/102, ) | |
| OFFICER HAROLD HAZEN, Badge #363, ) | |
| OFFICER KURT BUCKLEY, Badge #378, ) | |
| and OFFICER EDWARD SEBESTIK, ) | |
| Badge #3363, ) | |
| | |
| Defendants. | |

## ORDER

The plaintiff, Tamika Dorris, has submitted a *pro se* complaint against the defendants pursuant to 42 U.S.C. § 1983. Dorris has filed a motion to proceed *in forma pauperis*.

Dorris alleges that the defendants conspired to deprive her of her constitutional rights by assaulting her and effectuating a false arrest on June 28, 2006. Dorris claims that she sustained a spinal injury and emotional distress from the incident.

To authorize a litigant to proceed *in forma pauperis*, the court must make two determinations. It must decide first whether the litigant is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a)(1). If so, it must then determine whether the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

One need not be completely destitute to proceed *in forma pauperis* under section 1915. An affidavit demonstrating that the petitioner cannot, because of her poverty, provide herself with the necessities of life is sufficient. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948); *Rewolinski v. Morgan*, 896 F. Supp. 879, 880 (E.D. Wis. 1995). Dorris states that she has no income, no assets, and has not received any income from any source in the last twelve months. The court concludes that she is unable to pay the costs to commence this action.

The court must also determine whether Dorris's complaint is frivolous or malicious, fails to

state a claim, or seeks relief against defendants who are immune from suit. Dorris states that each of the defendants "falsified police reports, falsified information on reports," effectuated an "illegal arrest" and an "illegal assault," and "caused injury to spine/emotional distress." The court finds that she has stated a claim of excessive force as well as various state law claims.

## CONCLUSION

For the foregoing reasons, the court grants the application to proceed *in forma pauperis* [1]. The court will enter a separate written order regarding service of process.

Entered this 26th day of June, 2008.

s\**Harold A. Baker**

---

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE
