AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tamika Dorris

v.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

OFC. Kurt Buckley

400 Vine St Urbana Ill 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tamika Dorris
604 Ingraham
Calumet City Ill 60409

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

June 26, 2008
DATE

s/S. Johnson
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____ District of _____

Tamika Dorris

V.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

OFC. Edward Sebestik
400S Vine St Urbana Ill 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tamika Dorris
604 InGraham ave
Calumet City Ill 60409

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE June 26, 2008

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tamika Dorris

v.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

OFC. Harold Hazen
400 S Vine St 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tamika Dorris
604 InGraham ave
Calumet city Ill 60409

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE: June 26, 2008

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tamika Dorris

v.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

Ofc. Steven Scharf
400 S Vine St Urbana Ill 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tamika Dorris
604 Ingraham ave
Calumet city Ill 60409

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE June 26, 2008

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Tamika Dorris
V.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

OFC. Daniel Baily
400 S Vine St Urbana Ill 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tamika Dorris
604 Ingraham ave
Calumet City Ill 60409

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE June 26, 2008

s/S. Johnson
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Tamika Dorris

V.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

OFC. Preston Sames
400 S Vine st Urbana Ill 61801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tamika Dorris
604 InGraham ave
Calumet city Ill 60409

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE June 26, 2008

s/S. Johnson
(BY) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Tamika Dorris

v.

Urbana Police Department

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2137

TO: (Name and address of Defendant)

460 S Vine St

Urbana Ill 61801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

604 InGraham ave

Calumet city Ill 60409

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

June 26, 2008
DATE

s/S. Johnson
(BY) DEPUTY CLERK