**E-FILED**
Wednesday, 16 July, 2008 01:46:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>URBANA POLICE DEPARTMENT, )<br>OFFICER PRESTON JAMES, OFFICER )<br>DANIEL BAILEY, OFFICER STEVE SCHARF, )<br>OFFICER HAROLD HAZEN, OFFICER )<br>KURT BUCKLEY, and OFFICER )<br>EDWARD SEBESTIK, )<br>)<br>Defendants. ) | No. 08-2137 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendants', **Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley, and Officer Edward Sebestik**, furnishes the following in compliance with Rule 11.3 of this Court:

1. I am the attorney of record for: Defendants' **Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley, and Officer Edward Sebestik** in the above-captioned case.

2. The above-named Defendants' are not a corporation.

3. The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.

Dated: 07/16/08

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2137 |
| ) | |
| URBANA POLICE DEPARTMENT, ) | |
| OFFICER PRESTON JAMES, OFFICER ) | |
| DANIEL BAILEY, OFFICER STEVE SCHARF, ) | |
| OFFICER HAROLD HAZEN, OFFICER ) | |
| KURT BUCKLEY, and OFFICER ) | |
| EDWARD SEBESTIK, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Tamika Dorris, *Pro Se*
604 InGraham Avenue
Calumet City, IL 60409
217-398-0892

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mbersani@hcbattorneys.com