IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08-2137 |
| URBANA POLICE DEPARTMENT, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, OFFICER KURT BUCKLEY, and OFFICER EDWARD SEBESTIK, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## APPEARANCE

THE FOLLOWING ATTORNEY CERTIFIES THAT HE IS ADMITTED TO THE BAR OF THIS COURT AND IS A MEMBER IN GOOD STANDING

TO: The Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**URBANA POLICE DEPARTMENT, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, OFFICER KURT BUCKLEY, and OFFICER EDWARD SEBESTIK**

Dated:   07/16/08

s/ Jason W. Rose
JASON W. ROSE, Atty Bar No. 06208130
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
jrose@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2137 |
| ) | |
| URBANA POLICE DEPARTMENT, ) | |
| OFFICER PRESTON JAMES, OFFICER ) | |
| DANIEL BAILEY, OFFICER STEVE SCHARF, ) | |
| OFFICER HAROLD HAZEN, OFFICER ) | |
| KURT BUCKLEY, and OFFICER ) | |
| EDWARD SEBESTIK, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2008, I electronically filed the foregoing Appearance for Defendants' Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley, and Officer Edward Sebestik, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:
:

    Tamika Dorris, *Pro Se*
    604 InGraham Avenue
    Calumet City, IL 60409
    217-398-0892

    **s/ Jason W. Rose**
    JASON W. ROSE, Atty Bar No. 06208130
    Attorney for Defendants
    HERVAS, CONDON & BERSANI, P.C.
    333 Pierce Road, Suite 195
    Itasca, IL 60143-3156
    Phone: 630-773-4774
    Fax: 630-773-4851
    jrose@hcbattorneys.com