**E-FILED**
Wednesday, 16 July, 2008  03:13:48 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>URBANA POLICE DEPARTMENT,<br>OFFICER PRESTON JAMES, OFFICER<br>DANIEL BAILEY, OFFICER STEVE SCHARF,<br>OFFICER HAROLD HAZEN, OFFICER<br>KURT BUCKLEY, and OFFICER<br>EDWARD SEBESTIK,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08-2137<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF INTEREST

  The undersigned, counsel of record for Defendants', **Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley, and Officer Edward Sebestik**, furnishes the following in compliance with Rule 11.3 of this Court:

  1.  I am the attorney of record for: Defendants' **Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley, and Officer Edward Sebestik** in the above-captioned case.

  2.  The above-named Defendants' are not a corporation.

  3.  The firm of HERVAS, CONDON & BERSANI, P.C. is expected to appear on behalf of the above-named Defendants.

Dated: 07/16/08

            **s/ Jason W. Rose**
            JASON W. ROSE, Atty Bar No. 06208130
            Attorney for Defendants
            HERVAS, CONDON & BERSANI, P.C.
            333 Pierce Road, Suite 195
            Itasca, IL 60143-3156
            Phone: 630-773-4774
            Fax: 630-773-4851
            jrose@hcbattorneys.com

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-2137 |
| | ) |
| URBANA POLICE DEPARTMENT, | ) |
| OFFICER PRESTON JAMES, OFFICER | ) |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) |
| OFFICER HAROLD HAZEN, OFFICER | ) |
| KURT BUCKLEY, and OFFICER | ) |
| EDWARD SEBESTIK, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

> Tamika Dorris, *Pro Se*
> 604 InGraham Avenue
> Calumet City, IL 60409
> 217-398-0892

> **s/ Jason W. Rose**
> JASON W. ROSE, Atty Bar No. 06208130
> Attorney for Defendants
> HERVAS, CONDON & BERSANI, P.C.
> 333 Pierce Road, Suite 195
> Itasca, IL 60143-3156
> Phone:  630-773-4774
> Fax:  630-773-4851
> jrose@hcbattorneys.com