## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| TAMIKA DORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | Judge Harold A. Baker |
| OFFICER PRESTON JAMES, OFFICER | ) | |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | |
| KURT BUCKLEY, and OFFICER | ) | |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE RESPONSIVE PLEADINGS

NOW COME the Defendants, URBANA POLICE DEPARTMENT, OFFICER

PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER

HAROLD HAZEN, OFFICER KURT BUCKLEY and OFFICER EDWARD SEBESTIK, by and

through their attorney, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C.,

and move this Honorable Court for the entry of an order granting Defendants an extension of

time through and including August 17, 2008, in which to answer or otherwise plead to Plaintiff's

Complaint.

In support of said motion, Defendants state the following unto this Honorable Court:

1.     On June 26, 2008, Plaintiff appearing *pro se* filed this civil rights complaint

against Defendants.

2.     The summons and complaint to the Defendants were served on or about

June 27, 2008, and an answer is due July 17, 2008.

3.     The law firm of Hervas, Condon & Bersani, P.C. was recently retained by Defendants to provide legal representation for the Defendants.

4.     The undersigned entered appearances on behalf of the Defendants on July 16, 2008.

5.     Since receiving Plaintiff's complaint, Defendants' attorney has been investigation the allegations in Plaintiff's complaint.

6.     Defendants request an extension of time through and including August 17, 2008, in which to file their responsive pleadings to Plaintiff's complaint.

7.     The delay in responding to Plaintiff's complaint is in no way designed to prejudice or inconvenience any party to this action.

8.     That no harm or prejudice will inure to any party to this action as the result of the granting of this motion.

WHEREFORE, the Defendants, URBANA POLICE DEPARTMENT, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, OFFICER KURT BUCKLEY and OFFICER EDWARD SEBESTIK, pray this Honorable Court will grant their motion for an extension of time through and including August 17, 2008, in which to file responsive pleadings.

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

2

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

|  |  |  |
|---|---|---|
| TAMIKA DORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | Judge Harold A. Baker |
| OFFICER PRESTON JAMES, OFFICER | ) | |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | |
| KURT BUCKLEY, and OFFICER | ) | |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I electronically filed the foregoing Defendants' Motion for Extension of Time In Which To File Responsive Pleadings, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

> Tamika Dorris, *Pro Se*
> 604 InGraham Avenue
> Calumet City, IL 60409
> 217-398-0892

> s/MICHAEL D. BERSANI
> MICHAEL D. BERSANI, Bar Number 06200897
> Attorney for Defendants
> HERVAS, CONDON & BERSANI, P.C.
> 333 Pierce Road, Suite 195
> Itasca, IL 60143-3156
> Phone: 630-773-4774
> Fax: 630-773-4851
> mbersani@hcbattorneys.com