**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Latoria Dorris | COURT CASE NUMBER: 08-2137 Cons with 08-2136 |
| DEFENDANT: Harold Hazen | TYPE OF PROCESS: |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 S Vine St Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latoria Dorris
1115 W ~~Bradely~~ Bradley Ave.
Champaign Ill 61821

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                Fold

Signature of Attorney or other Originator requesting service on behalf of:
Latoria Dorris
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 217-398-0892
DATE: 6-17-08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 7-21-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Lt. Anthony Cobb — Patrol Division Commander

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-28-08   Time: 2115 pm

Signature of U.S. Marshal or Deputy:
Susan J Carroll

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount owed to U.S. Marshal or $45.00 | Amount of Refund |

REMARKS:

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

_____ District of _____

Latoria Dorris

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-2136

TO: (Name and address of Defendant)

Harold Hazen
Urbana Police Department
400 S Vine st Urbana Ill 61801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Latoria Dorris
1115 W. Bradley Ave.
Champaign Il 61821

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

DATE July 18, 2008

s/K. Wynn
(By) DEPUTY CLERK