IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LATORIA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2136 |
| ) | |
| URBANA POLICE DEPARTMENT, ) | |
| OFFICER PRESTON JAMES, OFFICER ) | Consolidated with Case No. 08-2137 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, ) | |
| OFFICER HAROLD HAZEN, OFFICER ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF LATORIA DORRIS' COMPLAINT**

NOW COME the Defendants, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, and OFFICER KURT BUCKLEY, by and through one of their attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and, in answer and affirmative defenses to Plaintiff LATORIA DORRIS' complaint, state the following unto this Honorable Court:

**I. FEDERAL JURISDICTION**

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.

**ANSWER:**   Defendants admit to the allegations contained in Section I of Plaintiff's Complaint.

**II. PARTIES**

A.   Plaintiff

Full Name: Latoria Dorris

    Prison Identification Number:

    Current Address: 1115 W Bradley, Champaign, IL 61801

**ANSWER:** Defendants state that they have knowledge or information insufficient to form a belief as to the truth or falsity of the allegations contained in Section II, subparagraph A of Plaintiff's Complaint.

  B. Defendant(s)

    Defendant #1:

      Full Name: Harold Hazen, Badge # 378

      Current Job Title: Police Officer

      Current Work Address: 400 S. Vine Street, Urbana, Illinois 61801

**ANSWER:** Defendants admit to the allegations contained in Section II, subparagraph B, number 1 of Plaintiff's Complaint.

    Defendant #2:

      Full Name: Preston James, Badge #307

      Current Job Title: Police Officer

      Current Work Address: 400 S. Vine Street, Urbana, Illinois 61801

**ANSWER:** Defendants admit to the allegations contained in Section II, subparagraph B, number 2 of Plaintiff's Complaint.

    Defendant #3

      Full Name: Daniel Baily, Badge #370

      Current Job Title: Police Officer

      Current Work Address: 400 S. Vine Street, Urbana, Illinois 61801

**ANSWER:** Defendants admit to the allegations contained in Section II, subparagraph B, number 3 of Plaintiff's Complaint. However, Plaintiff misspells Defendant Bailey's name. It should be spelled "Bailey."

    Defendant #4

Full Name: Steven Scharf, Badge #316

Current Job Title: Police Officer

Current Work Address: 400 S. Vine Street, Urbana, Illinois 61801

**ANSWER:** Defendants admit to the allegations contained in Section II, subparagraph B, number 4 of Plaintiff's Complaint.

Defendant #5

Full Name: Kurt Buckley, Badge #378

Current Job Title: Police Officer

Current Work Address: 400 S. Vine Street, Urbana, Illinois 61801

**ANSWER:** Defendants admit to the allegations contained in Section II, subparagraph B, number 5 of Plaintiff's Complaint.

Defendant #6

Full Name: Edward Sebestik, Badge #3363

Current Job Title: Police Officer

Current Work Address: 400 S. Vine Street, Urbana, Illinois 61801

**ANSWER:** Defendants deny that Edward Sebestik is a police officer or an employee of the City of Urbana.

## V. STATEMENT OF CLAIM

1. Place(s) of the occurrence: Sunny Crest 2 Apartments, 1728 Colorado Avenue, Urbana, Illinois 61802

**ANSWER:** Defendants admit to the allegations contained in Section V, paragraph 1 of Plaintiff's Complaint.

2. Date(s) of occurrence: June 28th, 2006.

**ANSWER:** Defendants admit to the allegation contained in Section V, paragraph 2 of Plaintiff's Complaint.

3. Preston James, Badge # 307, Urbana Police Department
Falsified Police Reports

3

                    Falsified Information on reports
                    Illegal Assault
                    Illegal Arrest
                    Caused injury to spine/emotional distress

**ANSWER:** Defendants admit that Preston James is an officer employed by the City of Urbana Police Department, Badge #307. Defendants deny the remaining allegations contained in Section 5, paragraph 3 of Plaintiff's Complaint.

      4.     Daniel Baily, Badge #370, Urbana Police Department
              Falsified Police Reports
              Falsified Information on reports
              Illegal Assault
              Illegal Arrest
              Caused Injury to spine/emotional distress

**ANSWER:** Defendants admit that Daniel Bailey is an officer employed by the City of Urbana Police Department, Badge #370. However, Plaintiff misspells Defendant Bailey's name. It should be spelled "Bailey." Defendants deny the remaining allegations contained in Section 5, paragraph 4 of Plaintiff's Complaint.

      5.     Steven Scharf, Badge #316, Urbana Police Department
              Fasified [sic] Police Reports
              Falsified Information on Reports
              Illegal Assault
              Illegal Arrest
              Caused Injury to spine/emotional distress

**ANSWER:** Defendants admit that Steven Scharf is an officer employed by the City of Urbana Police Department, Badge #316. Defendants deny the remaining allegations contained in Section 5, paragraph 5 of Plaintiff's Complaint.

      6.     Harold Hazen, Badge #363, Urbana Police Department
              Falsified Police Reports
              Falsified Information on Reports
              Illegal Arrest
              Illegal Assault
              Caused Injury to spine/emotional distress

**ANSWER:** Defendants admit that Harold Hazen is an officer employed by the City of Urbana Police Department, Badge #363. Defendants deny the remaining allegations contained in Section 5, paragraph 6 of Plaintiff's Complaint.

      7.     Kurt Buckley, Badge #378, Urbana Police Department
              Falsified Police Reports
              Falsified Information on Reports

        Illegal Arrest
        Illegal Assault
        Caused Injury to spine/emotional distress

**ANSWER:** Defendants admit that Kurt Buckley is an officer employed by the City of Urbana Police Department, Badge #378. Defendants deny the remaining allegations contained in Section 5, paragraph 7 of Plaintiff's Complaint.

8.    Edward Sebestik, OFC#3363
      Falsified Police Reports
      Falsified Information on reports
      Illegal Aresst [sic]
      Illegal Assault
      Caused injury to spine/emotional distress

**ANSWER:** Defendants deny that Edward Sebestik is a police officer or employee of the City of Urbana. Defendants further deny the remaining allegations contained in Section V, paragraph 8 or Plaintiff's Complaint.

### VI. RELIEF REQUESTED

    Settlement

**ANSWER:** Defendants deny the relief requested and ask that this Court grant judgment in Defendants' favor and award Defendants the costs of defending this lawsuit.

                        s/MICHAEL D. BERSANI
                        MICHAEL D. BERSANI, Bar Number 06200897
                        Attorney for Defendants
                        HERVAS, CONDON & BERSANI, P.C.
                        333 Pierce Road, Suite 195
                        Itasca, IL 60143-3156
                        Phone: 630-773-4774
                        Fax: 630-773-4851
                        mbersani@hcbattorneys.com

## FIRST AFFIRMATIVE DEFENSE

NOW COME the Defendants, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, and OFFICER KURT BUCKLEY, by and through one of their attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and for their First Affirmative Defense to Plaintiff's Complaint state as follows:

The Defendants did not violate any clearly established constitutional right of which a reasonable person would have known, thus entitling them to qualified immunity.

WHEREFORE, the Defendants denies that the Plaintiff is entitled to any judgment whatsoever against them and pray this Honorable Court will enter judgment in their favor and allow for the costs of defending this lawsuit.

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

## SECOND AFFIRMATIVE DEFENSE

NOW COME the Defendants, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, and OFFICER KURT BUCKLEY, by and through one of their attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and for their Second Affirmative Defense to Plaintiff's Complaint state as follows:

Probable cause existed for the arrest of Plaintiff thereby barring any and all claims and injuries based on Plaintiff's arrest.

WHEREFORE, the Defendants denies that the Plaintiff is entitled to any judgment whatsoever against them and prays this Honorable Court will enter judgment in their favor and allow for the costs of defending this lawsuit.

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

## **THIRD AFFIRMATIVE DEFENSE**

NOW COME the Defendants, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, and OFFICER KURT BUCKLEY, by and through one of their attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and for their Third Affirmative Defense to Plaintiff's Complaint state as follows:

Defendants' use of force under the circumstances of this case was reasonably necessary to effect Plaintiff's arrest thereby barring any and all claims and injuries based on Defendants' use of force.

WHEREFORE, the Defendants denies that the Plaintiff is entitled to any judgment whatsoever against them and prays this Honorable Court will enter judgment in their favor and allow for the costs of defending this lawsuit.

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

## **FOURTH AFFIRMATIVE DEFENSE**

NOW COME the Defendants, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, and OFFICER KURT BUCKLEY, by and through one of their attorneys, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and for their Fourth Affirmative Defense to Plaintiff's Complaint state as follows:

Defendants' actions were not the proximate cause of Plaintiff's alleged injuries.

WHEREFORE, the Defendants denies that the Plaintiff is entitled to any judgment whatsoever against them and prays this Honorable Court will enter judgment in their favor and allow for the costs of defending this lawsuit.

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

9

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LATORIA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2136 |
| ) | |
| URBANA POLICE DEPARTMENT, ) | |
| OFFICER PRESTON JAMES, OFFICER ) | Consolidated with Case No. 08-2137 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, ) | |
| OFFICER HAROLD HAZEN, OFFICER ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 18, 2008, I electronically filed the foregoing Defendants' Answer and Affirmative Defenses to Plaintiff Latoria Dorris' Complaint, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

    Latoria Dorris, *Pro Se*
    1202 W Bradley Avenue
    Champaign, IL 61821
    217-552-4638

    s/MICHAEL D. BERSANI
    MICHAEL D. BERSANI, Bar Number 06200897
    Attorney for Defendants
    HERVAS, CONDON & BERSANI, P.C.
    333 Pierce Road, Suite 195
    Itasca, IL 60143-3156
    Phone: 630-773-4774
    Fax: 630-773-4851
    mbersani@hcbattorneys.com