## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| TAMIKA and LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | Consolidated with Case No. 08-2136 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER | ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT URBANA POLICE DEPARTMENT'S MOTION TO DISMISS**

NOW COMES the Defendant, URBANA POLICE DEPARTMENT, by and through their attorney, MICHAEL D. BERSANI, of HERVAS, CONDON & BERSANI, P.C., and pursuant to Federal Rule of Civil Procedure 12(b)(6), and 21, move this Honorable Court for an order dismissing Defendant URBANA POLICE DEPARTMENT.

In support of said motion, Defendants state the following unto this Honorable Court:

1.  Plaintiffs have filed complaints alleging false arrest and excessive use of force against Defendants Urbana Police Department, Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, and Officer Kurt Buckley.

2.  This Court has consolidated Plaintiff's actions.

3.  Defendants Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen and Officer Kurt Buckley have answered the Complaints and asserted affirmative defenses.

4.  The Urbana Police Department is not a suable entity and, therefore, should be dismissed from this litigation.

5.  The Urbana Police Department has submitted a memorandum of law in support of this motion to dismiss.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order dismissing the Urbana Police Department.

Respectfully submitted,

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| TAMIKA and LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | Consolidated with Case No. 08-2136 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER | ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, I electronically filed the foregoing ***Defendant Urbana Police Department's Motion to Dismiss***, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participants to:

Tamika Dorris, *Pro Se*
604 InGraham Avenue
Calumet City, IL 60409
217-398-0892

Latoria Dorris, *Pro Se*
1202 W Bradley Avenue
Champaign, IL 61821
217-552-4638

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mbersani@hcbattorneys.com