E-FILED
Monday, 18 August, 2008  05:04:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TAMIKA and LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | Consolidated with Case No. 08-2136 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER | ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANT URBANA POLICE DEPARTMENT'S MOTION TO DISMISS**

**INTRODUCTION**

Plaintiffs Tamkia and Latoria Dorris have filed nearly identical complaints for money damages under 42 U.S.C. §1983, alleging false arrest and excessive use of force against Defendants Urbana Police Department, Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, and Officer Kurt. The Urbana Police Department has moved to dismiss the complaint. This memorandum of law is submitted in support of that motion.

**I.   THE URBANA POLICE DEPARTMENT IS NOT A SUABLE ENTITY**

Federal Rule of Civil Procedure 17(b) provides that a defendant named in a lawsuit must have the legal capacity to be sued under state law. *Wemple v. Illinois State Police*, No. 05-3035, 2005 WL 2001150, *2 (C.D. Ill. 8/8/05). In Illinois, a party must have a legal existence in order to be sued. *Jackson v. Village of Rosemont*, 180 Ill. App.3d 932, 536 N.E.2d 720, 723 (1st Dist. 1988). A police department is not a legal entity in Illinois. *See West v. Waymire*, 114 F.3d 646, 647 (7th Cir. 1997);

*Jordan v. City of Chicago, Dept. of Police*, 505 F. Supp. 1, 4 (N.D. Ill. 1980). Rather, a police department is an organizational division of a city. *Smith v. Chicago Police Dept.*, 1991 WL 126594 (7th Cir. 1991); *Reese v. Chicago Police Dept.*, 602 F. Supp. 441, 443 (N.D. Ill. 1984); *Jordan v. City of Chicago, Dept. of Police*, 505 F. Supp. 1, 4 (N.D. Ill. 1980); *Wemple*, at *3. Illinois law has not recognized a police department as a legal entity. *Wemple*, *Id*. Therefore, the Urbana Police Department should be dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, the Urbana Police Department moves for dismissal from Plaintiffs' lawsuit with prejudice.

Respectfully submitted,

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TAMIKA and LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | Consolidated with Case No. 08-2136 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER | ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2008, I electronically filed the foregoing ***Memorandum of Law in Support of Defendant Urbana Police Department's Motion to Dismiss***, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participants to:

Tamika Dorris, *Pro Se*
604 InGraham Avenue
Calumet City, IL 60409
217-398-0892

Latoria Dorris, *Pro Se*
1202 W Bradley Avenue
Champaign, IL 61821
217-552-4638

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com