**E-FILED**
Monday, 18 August, 2008 05:12:22 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| TAMIKA DORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | Consolidated with Case No. 08-2136 |
| OFFICER PRESTON JAMES, OFFICER | ) | |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER | ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO QUASH SERVICE ON**
**DEFENDANT EDWARD SEBESTIK**

NOW COMES the Defendants URBANA POLICE DEPARTMENT, OFFICER

PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER

HAROLD HAZEN, OFFICER KURT BUCKLEY, and EDWARD SEBESTIK, by and through

their attorney, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and

pursuant to Federal Rule of Civil Procedure 12(b)(5) moves to quash service on Defendant

EDWARD SEBESTIK.

In support of this motion Defendants state as follows:

1.    On June 26, 2008, Plaintiffs Tamika and Latoria Dorris filed nearly identical

complaints against the Defendants seeking money damages pursuant to 42 U.S.C. §1983, and

alleging false arrest and excessive use of force.

1

2.    On July 23, 2008, this Court consolidated Plaintiffs' cases, and indicated that this case shall be the lead case and all documents should be filed in this case.

3.    On June 30, 2008, the U.S. Marshals Service served the summons and complaint directed at each Defendant in Tamika Dorris' case upon Sgt. Sylvia Morgan of the Urbana Police Department (See Progress Receipt and Return, attached hereto as Exhibit A).

4.    On July 28, 2008, the U.S. Marshals Service served the summons and complaint directed at each Defendant in Latoria Dorris' case upon Lt. Anthony Cobb of the Urbana Police Department (See Progress Receipt and Return, attached hereto as Exhibit B).

5.    The undersigned counsel was subsequently retained by the City of Urbana to represent all Defendants in this matter. The undersigned entered appearances on behalf of all Defendants in Tamika Dorris' case on July 16, 2008, and on August 4, 2008, in Latoria Dorris' case.

6.    The undersigned counsel learned that Defendant EDWARD SEBESTIK is not a police officer or employee of the City of Urbana. The undersigned counsel has also learned that, to his knowledge, Defendant EDWARD SEBESTIK has never been personally served with the summons or complaint (See Affidavit of Sgt. Morgan, attached hereto as Exhibit C, and Affidavit of Lt. Cobb, attached hereto as Exhibit D).

7.    The actions of Sgt. Morgan and Lt. Cobb in accepting the summons and complaint on behalf of Defendant SEBESTIK was inadvertent. Neither Sergeant Morgan nor Lieutenant Cobb were agents of EDWARD SEBESTIK or were authorized to accept service on his behalf. (See Ex. C and D).

WHEREFORE, the Defendants, URBANA POLICE DEPARTMENT, OFFICER

2

PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER

HAROLD HAZEN, OFFICER KURT BUCKLEY and EDWARD SEBESTIK, respectfully

request that this Honorable Court quash the service of summons and complaint on Defendant

EDWARD SEBESTIK.

                        **s/MICHAEL D. BERSANI**
                        Michael D. Bersani, Bar Number 06200897
                        Attorney for Defendants, URBANA POLICE
                        DEPARTMENT, OFFICER PRESTON JAMES,
                        OFFICER DANIEL BAILEY, OFFICER STEVE
                        SCHARF, OFFICER HAROLD HAZEN,
                        OFFICER KURT BUCKLEY and EDWARD
                        SEBESTIK
                        HERVAS, CONDON & BERSANI, P.C.
                        333 Pierce Road, Suite 195
                        Itasca, IL 60143-3156
                        Phone:  630-773-4774
                        Fax:  630-773-4851
                        mbersani@hcbattorneys.com

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS,<br><br>    Plaintiff,<br><br>       v.<br><br>URBANA POLICE DEPARTMENT,<br>OFFICER PRESTON JAMES, OFFICER<br>DANIEL BAILEY, OFFICER STEVE SCHARF,<br>OFFICER HAROLD HAZEN, OFFICER<br>KURT BUCKLEY, and OFFICER<br>EDWARD SEBESTIK,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   No. 08-2137<br>)<br>)<br>)   Consolidated with Case No. 08-2136<br>)<br>)   Judge Harold A. Baker<br>)   Magistrate Judge David Bernthal<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing Motion to Quash Service on Defendant Edward Sebestik, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Tamika Dorris, *Pro Se*
1202 W Bradley Avenue
Champaign, IL 61821
217-552-4638

Latoria Dorris, *Pro Se*
604 InGraham Avenue
Calumet City, IL 60409
217-398-0892

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mbersani@hcbattorneys.com

**E-FILED**
Monday, 18 August, 2008  05:13:02 PM
E-FILED
Wednesday, 09 July, 2008 01:40:56 PM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tamika Dorris | 08-2137 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Urbana Police Department | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tamika Dorris
2604 Ingraham ave
Calumet city Ill 60409

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

**FILED**

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF  ☐ DEFENDANT

Tamika Dorris

| TELEPHONE NUMBER | DATE |
|---|---|
| 217-398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | 06 | 04 | | 6-27-8 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
SYLVIA MORGAN - SGT. URBANA P.D.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 06/30/08 | 630 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Served - 1 Dora / the Dir

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)


EXHIBIT A

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal"   Wednesday, 09 July, 2008 01:42:45 PM
on the reverse of this form.   Clerk, U.S. District Court, ILCD

| | |
|---|---|
| PLAINTIFF  Tamika Dorris | COURT CASE NUMBER  08-2137 |
| DEFENDANT  Harold Hazen | TYPE OF PROCESS |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 S Vine St Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tamika Dorris
604 InGraham ave
Calumetcity Ill 60409

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                          Fold

**FILED**

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of:  _Tamika Dorris_ | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER  398-0892 | DATE  6-17-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. One | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk | | Date 6-27-8 |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)  SYLVIA MORGAN - URBANA P.D. SGT. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 06/30/08   Time 1:30 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
SERVED - 1 DISM /ML

| | | |
|---|---|---|
| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**   **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal" Wednesday, 09 July, 2008 01:43:44 PM
on the reverse of this form.
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tamika Dorris | 08-2137 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Preston James | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 S Vine St Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tamika Dorris
604 Ingraham ave
Calumet city Ill 60409

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

**FILED**

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Tamika Dorris | 217-398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk | Date 6-27-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| SYLVIA MORGAN - SGT. URBANA P.D. | |

| Address (complete only if different than shown above) | Date of Service 06/30/08 | Time 120 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
SERVED - 1 Dism / Mn

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN  E-FILED**
See Instructions Wednesday, 09 July, 2008 04:44:40 PM
on the reverse of this form.    Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tamika Dorris | 08-2137 |
| DEFENDANT Kurt Buckley | TYPE OF PROCESS |

**SERVE**
➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tamika Dorris
604 InGraham ave
Calumet City Ill 60409

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold

**FILED**

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Signature of Attorney or other Originator requesting service on behalf of:
Tamika Dorris

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 217-398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk | Date 6-27-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
SYLVIA MORGAN - SGT. URBANA P.D.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 6/30/08 | Time 120 pm |
| Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
SERVED - 1 Psn /m. -

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  **E-FILED**
See Instructions Wednesday, 09 July, 2008 01:45:32 PM
on the reverse of this form.
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tamika Dorris | 08-2137 |
| DEFENDANT | TYPE OF PROCESS |
| Steven Scharf | |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Urbana Police Department |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 400 S Vine St Urbana ILL 61801 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

604 InGraham ave

Calumet City Ill 60409

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                     Fold

**FILED**

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tamika Dorris | | 398-60892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 6-27-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| SYLVIA MORGAN - SGT. URBANA P.D. | |
| Address (complete only if different than shown above) | Date of Service 06/30/08 | Time 1:20 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Served - 1 Hr 1 DUSM (AV)

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN E-FILED**
See Instructions Wednesday, 09 July 2008 03:46:21 PM
on the reverse of this form. Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tamika Dorris | 08-2137 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Edward Sebestik | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

400 Vine St Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tamika Dorris
604 Ingraham ave
Calumet City Ill 60409

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Signature of Attorney or other Originator requesting service on behalf of:

☒ PLAINTIFF
☐ DEFENDANT

Tamika Dorris

TELEPHONE NUMBER (217)
398 0892

DATE
June 17 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 6-27-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

SYLVIA MORGAN - SGT. URBANA P.D.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service 06/30/08 | Time 120 ☐ am ☒ pm |
|---|---|
| Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

Served - 1 USM 1 Urb - PD

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN   E-FILED**
See Instructions for "Service of Process Wednesday, 09 July, 2008 04:47:08 PM
on the reverse of this form.
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tamika Dorris | 08-2137 |
| DEFENDANT | TYPE OF PROCESS |
| Daniel Baily | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

400 S Vine St   Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tamika Dorris
604 Ingraham ave
Calumet City Ill 60409

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                         Fold

F I L E D

JUL - 9 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Tamika Dorris | | 217-398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk | Date 6-27-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Sylvia Morgan - Sgt. Urbana P.D. | |
| Address (complete only if different than shown above) | Date of Service 06/30/08   Time 1:00 pm |
| | Signature of U.S. Marshal or Deputy  USM S. Nauuck |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Served - 1 Dusm ( 1hr ($45.00), 1 mile RT. ($.45)

PRIOR EDITIONS MAY BE USED                    **1. CLERK OF THE COURT**                    FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Friday, 01 August, 2008 11:28:13 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoria Dorris | 08-2137 consol with 08-2136 |
| DEFENDANT | TYPE OF PROCESS |
| Urbana Police Department | |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Urbana Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 400 Vine St Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latoria Dorris
1115 W Bradley Ave
Champaign Ill 61821

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                   Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Latoria Dorris | | (217) 398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | Ile | U | Sanders | 7-21-8 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Lt. Anthony Cobb - Patrol Division Commander | |
| Address (complete only if different than shown above) | Date of Service: 7-28-08  Time: 2:15 pm |
| | Signature of U.S. Marshal or Deputy: Dian Carroll |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

EXHIBIT
B

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**    **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Friday, 01 August, 2008 11:30:12 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoria Dorris | 08-2137 cons with 08-2136 |
| DEFENDANT | TYPE OF PROCESS |
| Steven Scharf | |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Urbana Police Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 400 S Vine St Urbana Ill 61801 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latoria Dorris
1115 w Bradley Ave.
Champaign Ill 61821

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                          Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Latoria Dorris | | 217- 398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | 7-21-8 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. ☐ |
|---|---|---|
| Lt. Anthony Cobb - Patrol Division Commander | | |
| Address (complete only if different than shown above) | Date of Service  7-28-08 | Time  2:15  ☐ am  ☒ pm |
| | Signature of U.S. Marshal or Deputy  USM Carroll | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | | | $45.00 | | $45.00 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN** **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal" Friday, 01 August, 2008 11:06 AM
on the reverse of this form.
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoria Dorris | 08-2137 Cons with 08-2136 |
| DEFENDANT | TYPE OF PROCESS |
| Daniel Baily | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Urbana Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 400 S vine st Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Latoria Dorris<br>1115 w Bradley Ave.<br>Champaign Ill 61821 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                           Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Latoria Dorris | | (217) 398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date 7-21-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Lt. Anthony Cobb - Patrol Division Commander | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>7-28-08 | Time 2:15 pm |
| | Signature of U.S. Marshal or Deputy<br>SUSM JCarroll | |

| Service Fee<br>$45.00 | Total Mileage Charges<br>(including endeavors)<br>—— | Forwarding Fee<br>—— | Total Charges<br>$45.00 | Advance Deposits<br>—— | Amount owed to U.S. Marshal or<br>$45.00 | Amount of Refund<br>—— |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Friday, 08 August, 2008 11:32:04 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoria Dorris | 08-2137 Cons with 08-2136 |
| DEFENDANT | TYPE OF PROCESS |
| Harold Hazen | |

| SERVE → | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Urbana Police Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 400 S. Vine St Urbana Ill 61801 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latoria Dorris
1115 w Braddy Bradley Ave
Champaign Ill 61821

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Latoria Dorris | | 217-398-0892 | 6-17-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted). | Total Process | District of Origin No. 2l0 | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk | Date 7-21-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Lt. Anthony Cobb - Patrol Division Commander | |
| Address (complete only if different than shown above) | Date of Service 7-28-08 | Time 2115 pm |
| | Signature of U.S. Marshal or Deputy Susan J Carroll |

| Service Fee $45,00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $45,00 | Advance Deposits | Amount owed to U.S. Marshal or $45,00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN  E-FILED
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

Friday, 01 August, 2008 11:35:22 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoria Dorris | 08-2137 cons with 08-2136 |
| DEFENDANT | TYPE OF PROCESS |
| Edward Sebestik | |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Urbana Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Urbana Ill 61801  400 S Vine St

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latoria Dorris
1115 Bradley Ave.
Champaign Ill

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                     Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Latoria Dorris | | 217- 398-0892 | 6-17-08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. U | Signature of Authorized USMS Deputy or Clerk | Date 7-21-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Lt. Anthony Cobb - Patrol Division Commander | ☐ | |
| Address (complete only if different than shown above) | Date of Service 7-28-08 | Time 2:15 pm |
| | Signature of U.S. Marshal or Deputy Dusin Carroll | |

| Service Fee $45.00 | Total Mileage Charges (including endeavors) — | Forwarding Fee | Total Charges $45.00 | Advance Deposits — | Amount owed to U.S. Marshal or $45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

## 1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  **E-FILED**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Friday, 01 August, 2008 04:10 AM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| PLAINTIFF<br>Latoria Dorris | COURT CASE NUMBER<br>08-2137 cons with 08-2136 |
| DEFENDANT<br>Kurt Buckley | TYPE OF PROCESS |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Urbana Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 400 S. Vine St Urbana Ill 61801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Latoria Dorris
1115 W Bradley Ave
Champaign Ill 61821

| | |
|---|---|
| Number of process to be<br>served with this Form - 285 | |
| Number of parties to be<br>served in this case | |
| Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                       Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>398-0892 | DATE<br>6-17-08 |
|---|---|---|---|
| *Latoria Dorris* | | | |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only first USM 285 if more<br>than one USM 285 is submitted) | Total Process | District<br>of Origin<br>No. 26 | District<br>to Serve<br>No. 1 | Signature of Authorized USMS Deputy or Clerk<br>*J Sandee* | Date<br>7-21-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Lt. Anthony Cobb - Patrol Division Commander | ☐ A person of suitable age and dis-<br>cretion then residing in the defendant's<br>usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>7-28-08 | Time<br>2:15 pm |
| | Signature of U.S. Marshal or Deputy<br>DUSM J Carroll |

| Service Fee<br>$45.00 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges<br>$45.00 | Advance Deposits | Amount owed to U.S. Marshal or<br>$45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| | | |
|---|---|---|
| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN  E-FILED**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Friday, 01 August, 2008 11:33:05 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Latoria Dorris | 08-2137 cons with 08-2136 |
| DEFENDANT | TYPE OF PROCESS |
| Preston James | |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Urbana Police Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 400 S vine St Urbana Ill 61801 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Latoria Dorris  1115 W Bradley ave  Champaign Ill 61821 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                          Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Latoria Dorris | | (217) 398-0892 | 6-17-08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2ll | District to Serve No. ll | Signature of Authorized USMS Deputy or Clerk | Date 7-2-8 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Lt. Anthony Cobb - Patrol Division Commander | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service 7-28-08 | Time 2:15 pm | |
| | Signature of U.S. Marshal or Deputy USm Carroll | | |

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $45.00 | Advance Deposits | Amount owed to U.S. Marshal or $45.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

|  |  |  |
|---|---|---|
| TAMIKA DORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | **Consolidated with** |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | **Case No. 08-2136** |
| OFFICER HAROLD HAZEN, OFFICER | ) | |
| KURT BUCKLEY, and OFFICER | ) | Judge Harold A. Baker |
| EDWARD SEBESTIK, | ) | Magistrate Judge David Bernthal |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SYLVIA MORGAN

I, Sylvia Morgan, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1.     I am a sergeant with the Urbana Police Department.

2.     On June 30, 2008, a representative of the United States Marshal Service entered the police department and handed me summons and complaint directed to defendants, Urbana Police Department, Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley and Edward Sebestik, in a case entitled <u>Tamika Dorris v. Urbana Police Department, et al.</u>, Case No. 08-2137.

3.     Edward Sebestik is not a police officer employed by the City of Urbana. To my knowledge, Edward Sebestik is not otherwise employed by the City of Urbana.

4.     I was not an agent of Edward Sebestik nor was I authorized to accept service of process on his behalf.


EXHIBIT C

5.    I inadvertently accepted service on behalf of Edward Sebestik.

Further affiant sayeth not.

_Sylvia Morgan_
SYLVIA MORGAN

SUBSCRIBED and SWORN to before

me this 15th day of August, 2008.

_Ronald D. O'Neal, Jr._
NOTARY PUBLIC

> OFFICIAL SEAL
> RONALD D. O'NEAL, JR.
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-31-2010

MICHAEL D. BERSANI
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
(630) 773-4774

2

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

LATORIA DORRIS, )
)
     Plaintiff, )
)
     v. )    No. 08-2136
)
URBANA POLICE DEPARTMENT, )
OFFICER PRESTON JAMES, OFFICER )    **Consolidated with**
DANIEL BAILEY, OFFICER STEVE SCHARF, )    **Case No. 08-2137**
OFFICER HAROLD HAZEN, OFFICER )
KURT BUCKLEY, and OFFICER )    Judge Harold A. Baker
EDWARD SEBESTIK, )    Magistrate Judge David Bernthal
)
     Defendants. )

## AFFIDAVIT OF ANTHONY COBB

I, Anthony Cobb, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1.    I am a lieutenant with the Urbana Police Department.

2.    On July 28, 2008, a representative of the United States Marshal Service entered the police department and handed me multiple summons and complaint directed to defendants, Urbana Police Department, Officer Preston James, Officer Daniel Bailey, Officer Steve Scharf, Officer Harold Hazen, Officer Kurt Buckley and Edward Sebestik, in a case entitled <u>Latoria Dorris v. Urbana Police Department, et al.</u>, Case No. 08-2136.

3.    Edward Sebestik is not a police officer employed by the City of Urbana. To my knowledge, Edward Sebestik is not otherwise employed by the City of Urbana.

4.    I was not an agent of Edward Sebestik nor was I authorized to accept service of process on his behalf.



5.    I inadvertently accepted the service of process on behalf of Edward Sebestik.

Further affiant sayeth not.

_Anthony Cobb_ — 454

ANTHONY COBB

SUBSCRIBED and SWORN to before

me this 15th day of August, 2008.

> OFFICIAL SEAL
> **RONALD D. O'NEAL, JR.**
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 8-31-2010

_____

     NOTARY PUBLIC

MICHAEL D. BERSANI
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
(630) 773-4774

2