# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

August 19, 2008

Tamika Dorris
604 InGraham Ave
Calumet City, IL 60409

RE: Dorris et al. vs Urbana Police Department
CASE NO. 08-2137

Dear Ms Dorris:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                            PAMELA E. ROBINSON, CLERK
                                                            U.S. DISTRICT COURT

cc: all counsel
notice revised 8/7/03

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

August 19, 2008

Latoria Dorris
1202 W Bradley Ave
Champaign, IL 61821

RE: Dorris et al. vs Urbana Police Department
CASE NO. 08-2137

Dear Ms Dorris:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                          PAMELA E. ROBINSON, CLERK
                                          U.S. DISTRICT COURT

cc:  all counsel
notice revised 8/7/03