IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS and LATORIA DORRIS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> URBANA POLICE DEPARTMENT, ) <br> OFFICER PRESTON JAMES, OFFICER ) <br> DANIEL BAILEY, OFFICER STEVE SCHARF, ) <br> OFFICER HAROLD HAZEN, OFFICER ) <br> KURT BUCKLEY, and OFFICER ) <br> EDWARD SEBESTIK, ) <br> ) <br> Defendants. ) | No. 08-2137 <br><br> Consolidated with Case No. 08-2136 <br><br> Judge Harold A. Baker <br> Magistrate Judge David Bernthal |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the Certificate of Service, with the Clerk of the Court using the CM/ECF system, for the service of Individual Defendants' Interrogatories to Plaintiff Tamika Dorris, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participants:

Tamika Dorris, *Pro Se*
1202 W Bradley Avenue
Champaign, IL 61821
217-552-4638

Latoria Dorris, *Pro Se*
604 InGraham Avenue
Calumet City, IL 60409
217-398-0892

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com