IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TAMIKA DORRIS and LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, OFFICER PRESTON JAMES, OFFICER DANIEL BAILEY, OFFICER STEVE SCHARF, OFFICER HAROLD HAZEN, OFFICER KURT BUCKLEY, and OFFICER EDWARD SEBESTIK, | ) ) ) ) ) ) ) | Consolidated with Case No. 08-2136  Judge Harold A. Baker  Magistrate Judge David Bernthal |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2008, I electronically filed the Certificate of Service, with the Clerk of the Court using the CM/ECF system, for the service of Individual Defendants' First Request for Production of Documents to Plaintiff Tamika Dorris, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participants:

Tamika Dorris, *Pro Se*
1202 W Bradley Avenue
Champaign, IL 61821
217-552-4638

Latoria Dorris, *Pro Se*
604 InGraham Avenue
Calumet City, IL 60409
217-398-0892

s/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com