E-FILED
Friday, 22 August, 2008 04:07:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TAMIKA DORRIS and LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-2137 |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | Consolidated with Case No. 08-2136 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, | ) | |
| OFFICER HAROLD HAZEN, OFFICER | ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER | ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO RESCHEDULE
RULE 16 SCHEDULING CONFERENCE**

NOW COME the Defendants, PRESTON JAMES, DANIEL BAILEY, STEVE SCHARF, HAROLD HAZEN, and KURT BUCKLEY, by and through their attorney, MICHAEL D. BERSANI, of HERVAS, CONDON & BERSANI, P.C., and for their Motion to Reschedule Rule 16 Scheduling Conference, state the following unto this Honorable Court:

1. Plaintiffs Tamika and Latoria Dorris have filed nearly identical complaints against Defendants alleging false arrest and excessive use of force under 42 U.S.C. §1983.

2. On August 21, 2008, this Court entered an order setting a Rule 16 Scheduling Conference for Friday, October 24, 2008, at 1:45 p.m.

3. While the undersigned counsel certainly can attend the scheduling conference on October 24, he has personal engagements in Urbana on Friday, October 17th and Friday, October 31st, and he could alternatively attend a scheduling conference in the instant case on

either of those dates in lieu of the October 24th scheduled date.

WHEREFORE, the undersigned respectfully requests that this Court reschedule the Rule 16 Scheduling Conference to Friday, October 17, 2008, at 1:45 p.m. or, alternatively Friday, October 31, 2008, at 1:45 p.m.

                                        s/MICHAEL D. BERSANI
                                        MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TAMIKA DORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-2137 |
| ) | |
| URBANA POLICE DEPARTMENT, ) | |
| OFFICER PRESTON JAMES, OFFICER ) | Consolidated with Case No. 08-2136 |
| DANIEL BAILEY, OFFICER STEVE SCHARF, ) | |
| OFFICER HAROLD HAZEN, OFFICER ) | Judge Harold A. Baker |
| KURT BUCKLEY, and OFFICER ) | Magistrate Judge David Bernthal |
| EDWARD SEBESTIK, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing Defendants' Motion to Reschedule Rule 16 Scheduling Conference, with the Clerk of the Court using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the document to the following non CM/ECF system participant:

Tamika Dorris, *Pro Se*  
1202 W Bradley Avenue  
Champaign, IL 61821  
217-552-4638

Latoria Dorris, *Pro Se*  
604 InGraham Avenue  
Calumet City, IL 60409  
217-398-0892

s/MICHAEL D. BERSANI  
MICHAEL D. BERSANI, Bar Number 06200897  
Attorney for Defendants  
HERVAS, CONDON & BERSANI, P.C.  
333 Pierce Road, Suite 195  
Itasca, IL 60143-3156  
Phone: 630-773-4774  
Fax: 630-773-4851  
mbersani@hcbattorneys.com