UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAMIKA DORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08-2137 |
| v. | ) | |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | |
| DANIEL BAILEY, OFFICER STEVE | ) | |
| SCHARF, OFFICER HAROLD HAZEN, | ) | |
| OFFICER KURT BUCKLEY, and | ) | |
| OFFICER EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LATORIA DORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 08-2136 |
| | ) | |
| v. | ) | |
| | ) | |
| URBANA POLICE DEPARTMENT, | ) | |
| OFFICER PRESTON JAMES, OFFICER | ) | |
| DANIEL BAILEY, OFFICER STEVE | ) | |
| SCHARF, OFFICER HAROLD HAZEN, | ) | |
| OFFICER KURT BUCKLEY, and | ) | |
| OFFICER EDWARD SEBESTIK, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

    The plaintiffs filed separate but nearly identical complaints against the defendants, pursuant to 42 U.S.C. § 1983.  They were granted leave to proceed *in forma pauperis*, and the United States Marshals Service was ordered to serve the defendants with the summonses and complaints.

    On June 30, 2008, the United States marshal served each of the defendants with Tamika Dorris's complaint, by leaving a copy for each defendant with the defendants' agent, Sgt. Sylvia Morgan of the Urbana Police Department.  On July 28, 2008, the United States Marshal served

each of the defendants with Latoria Dorris's complaint, by leaving a copy for each defendant with the defendants' agent, Lt. Anthony Cobb of the Urbana Police Department.

After accepting service of process for defendant Edward Sebestik, Sgt. Morgan and Lt. Cobb discovered that Sebestik is not an Urbana police officer, and to their knowledge, Sebestik is not otherwise employed by the City of Urbana.  Therefore, Sgt. Morgan and Lt. Cobb were not Sebestik's agents, and they were not authorized to accept service of process on his behalf.  Their acceptance of service of process was inadvertent.  The defendants have filed a motion to quash service on Sebestik.

Defendant Sebestik has not been served with process.  If the plaintiffs wish to proceed with their case against Sebestik, he must be served within 120 days after filing the complaints.

The motion to quash service on Sebestik [35] is granted.  The clerk is directed to send to each plaintiff a new summons form and a new USM-285 for Sebestik.  Each plaintiff must, without delay, complete and return the forms to the Clerk of the Court.  The new summonses and Forms USM-285 must reflect a correct address for Sebestik. The plaintiffs are reminded that failure to serve Sebestik within 120 days after filing the complaints may result in Sebestik's dismissal from the lawsuits.

Entered this 25th day of August, 2008.

           **s\Harold A. Baker**
         _____
           HAROLD A. BAKER
         UNITED STATES DISTRICT JUDGE