08-27-08

Latoria Dorris

vs

Urbana Police

NO. 08-2137

NO. 08-2136

    The reason I think that my case should not be dismissed is that I did nothing wrong I tried to tell the police officers of urbana IL. that my sister Tamika dorris just had brain surgery because I thought that they would want to know that. But the police did not want to listen to me but when the officer that had his knee in my sister neck heard me he looked up at me and then he mace me in the face and everyone outside told the officer that I was pregnant but the police slam me on the ground face down. The police did this in front of my kids and my family and I did nothing wrong for them to treat me the way they did. Now I am scared of the police when ever I see the police I get nervous I try not to get in trouble I don't like trouble because the police will be called and I don't want to be around the police because I am afraid that they will beat me up jest because they are police. And if a person do something wrong that person have to pay for what wrong he or she has don and I believe that is applies to everyone just they are police officers that do not give them the right to treat people the way they treated me. The urbana police men broke the law they knew I was pregnant and they did not care they mace me they slam me face down and they lied on me and tried to convect me with a felony they were wrong and they know they were wrong just like everyone else that brake the law and have to pay for what they did the police should and have to pay for what they did to me. This is why I think that my case cannot and should not be dismissed the police is suppose to protect and serve not to take advantage of people all people should feel safe to call the police for help and not to be scared that the police will lie or attack them and that is how I feel thst I was attacked by the urbana police and they have to pay for what they did so they can learn from their mistakes.

**FILED**

AUG 27 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Latoria Dorris

*Latoria Dorris*

mail copy to
Michael Bersani
Hervas Condon & Bersani
Ste 195
333 Pierce RD
Itasca, Il 60143-3156