08-2137
08-2136

I Latoria Dorris is nolonger living at 1202 W. Bradley Ave Champaign Il

My Temp new Address is Braintree DR. Champaign Il 61820

**FILED**

AUG 27 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

*Latoria Dorris*