E-FILED
Thursday, 04 September, 2008  02:42:49 PM
Clerk, U.S. District Court, ILCD

I Tamika Dorris would like to counter motion the motion that was put in for dismissed of my case because I think that the Urbana police deparmen And the Officer's involved should be treat like anybody else when they have broken the law. I think they should have to answer to what they did to me On June 28th

Sept 4th 2008

Tamika Dorris
604 Ingraham ave
Calumet city Ill 60409
(217) 402-0577

FILED

SEP 0 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

08-2137