E-FILED
Thursday, 04 September, 2008  02:57:40 PM
Clerk, U.S. District Court, ILCD

Tamika Dorris

08-2137

I Tamika wouldlike for my case to be heard
seperatly from latorca's case because we
will be handling our on cases seperatly
and will be seeking Attorneys seperatly.

I Tamika Dorris wouldlike to ask
for a continuce to seek An Attorney

Sept 4th 2008

Tamika Dorris
604 InGraham ave
Calumet City Ill 60409
(217) 402-0577

FILED
SEP 0 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS