E-FILED
Thursday, 04 September, 2008  03:01:41 PM
Clerk, U.S. District Court, ILCD

Cintiferate of service

On Sept 4th 2008  I Tomika Dorris will mail
a copy of the response on the motion to Dispriss
and upSection to consilidation  I will mail to
Michael D. Bereani
333 Pierce Road Suit 195
Itasca Il 60143

Sept 4th 2008

Tamika Dorris
604 Ingraham ave
Calumet city Ill 60409
(217) 402 0577

08-2137

FILED

SEP 0 4 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS